1 | L. TIMOTHY FISHER (Bar No. 191626)
    ltfisher@bursor.com
2 | SEAN L. LITTERAL (Bar No. 331985)
    slitteral@bursor.com
3 | BURSOR & FISHER, P.A.
    1990 North California Blvd., Suite 940
4 | Walnut Creek, CA 94596
    Telephone: (925) 300-4455
5 | Facsimile:  (925) 407-2700

6 | JOSHUA D. ARISOHN (*pro hac vice* forthcoming)
    jarisohn@bursor.com
7 | ALEC M. LESLIE (*pro hac vice* forthcoming)
    aleslie@bursor.com
8 | BURSOR & FISHER, P.A.
    888 Seventh Avenue
9 | New York, NY 10019
    Telephone: (646) 837-7150
10 | Facsimile: (212) 989-9163

11 | Attorneys for Plaintiff AZMAN HUSSAIN

12 | DAVID R. SINGH (Bar No. 300840)
     david.singh@weil.com
13 | AMY LE (Bar No. 341925)
     amy.le@weil.com
14 | WEIL, GOTSHAL & MANGES LLP
     201 Redwood Shores Parkway, 6th floor
15 | Redwood Shores, CA 94065-1134
     Telephone: (650) 802-3000
16 | Facsimile: (650) 802-3100

17 | Attorneys for Defendant
     BURGER KING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AZMAN HUSSAIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BURGER KING CORPORATION,<br><br>Defendant. | Case No. 4:22-CV-02258-HSG<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT BURGER KING CORPORATION TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Dept.: Courtroom Courtroom 2 – 4th Floor<br>Judge: Honorable Haywood S. Gilliam, Jr. |

1  WHEREAS Plaintiff Azman Hussain ("Plaintiff") filed a complaint in the above-captioned case on April 11, 2022;

2  WHEREAS Rhonda Cooper filed a similar complaint in *Cooper v. Burger King Corporation*, No. 1:22-cv-21550-RNS in the Southern District of Florida on April 14, 2022 ("the *Cooper* case");

3  WHEREAS Plaintiff agreed in writing to extend the deadline for Burger King Corporation ("Burger King") to answer, move, or otherwise respond to the complaint in this action to June 13, 2022;

4  WHEREAS the claims in this case overlap with the claims in the *Cooper* action and counsel for Plaintiff is discussion with plaintiff's counsel in the *Cooper* action about the possibility of consolidating the cases;

5  WHEREAS the court in the *Cooper* action set a June 21, 2022 deadline to file an amended consolidated complaint;

6  WHEREAS requiring Burger King to answer, move, or otherwise respond to the complaint in this action on June 13, 2022, when Plaintiff's counsel is in discussions about consolidating the two cases would be wasteful of the parties' and this Court's resources;

7  WHEREAS to avoid such waste and inefficiency, Plaintiff agrees that the deadline for Burger King to answer, move, or otherwise respond to the Complaint shall be extended to June 30, 2022;

8  WHEREAS this Stipulation does not constitute a waiver by Burger King of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT BURGER KING, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Burger King to answer, move, or otherwise respond to the Complaint shall be extended until June 30, 2022.

2. This Stipulation does not constitute a waiver by Burger King of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

IT IS SO STIPULATED.

Dated: June 2, 2022

Respectfully submitted,

BURSOR & FISHER, P.A.

By: *L. Timothy Fisher*

    L. TIMOTHY FISHER (Bar No. 191626)
    ltfisher@bursor.com
    SEAN L. LITTERAL (Bar No. 331985)
    slitteral@bursor.com
    BURSOR & FISHER, P.A.
    1990 North California Blvd., Suite 940
    Walnut Creek, CA 94596
    Telephone: (925) 300-4455
    Facsimile:  (925) 407-2700

    JOSHUA D. ARISOHN (*pro hac vice* forthcoming)
    jarisohn@bursor.com
    ALEC M. LESLIE (*pro hac vice* forthcoming)
    aleslie@bursor.com
    BURSOR & FISHER, P.A.
    888 Seventh Avenue
    New York, NY 10019
    Telephone: (646) 837-7150
    Facsimile: (212) 989-9163

*Attorneys for Plaintiff Azman Hussain*

Dated: June 2, 2022

WEIL, GOTSHAL & MANGES LLP

By:   *David R. Singh*

    DAVID R. SINGH (Bar No. 300840)
    david.singh@weil.com
    AMY LE (Bar No. 341925)
    amy.le@weil.com
    WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway, 6th floor
    Redwood Shores, CA 94065-1134
    Telephone: (650) 802-3000
    Facsimile: (650) 802-3100

*Attorneys for Defendant Burger King Corporation*