1  DAVID R. SINGH (Bar No. 300840)
   david.singh@weil.com
2  AMY TU QUYEN LE (Bar No. 341925)
   amy.le@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway, 6th Floor
4  Redwood Shores, CA 94065-1134
5  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
6
7  Attorneys for Defendant BURGER KING CORPORATION

8  L. TIMOTHY FISHER (Bar No. 191626)
   ltfisher@bursor.com
9  SEAN L. LITTERAL (Bar No. 331985)
   slitteral@bursor.com
10 BURSOR & FISHER, P.A.
   1990 North California Blvd., Suite 940
11 Walnut Creek, CA 94596
12 Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
13
14 Attorneys for Plaintiff AZMAN HUSSAIN

15 (Addition Counsel Listed on Signature Page)

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                            OAKLAND DIVISION

| | |
|---|---|
| AZMAN HUSSAIN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br>BURGER KING CORPORATION,<br><br>　　　　Defendant. | Case No. 4:22-cv-02258-HSG<br><br>**STIPULATION TO SET BRIEFING SCHEDULE PURSUANT TO L.R. 6.1**<br><br>Dept.: Courtroom Courtroom 2 – 4th Floor<br>Judge: Honorable Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | The undersigned counsel for Azman Hussain ("Plaintiff") and Burger King Corporation. |
| 2 | ("Defendant") (together, the "Parties") in the above-captioned action hereby stipulate and agree, |
| 3 | pursuant to Civil Local Rule 6-1(a), as follows: |
| 4 | WHEREAS Plaintiff filed an amended complaint in the above-captioned case on June 27, 2022; |
| 5 | WHEREAS the Parties conferred and agreed to stipulate that the briefing schedule in connection |
| 6 | with Defendant's response to the amended complaint should be amended; |
| 7 | WHEREAS this Stipulation does not constitute a waiver by Defendant of any defense, including |
| 8 | but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper |
| 9 | venue, sufficiency of process or service of process. |
| 10 | PURSUANT TO LOCAL RULE 6-1(a), THE PARTIES, BY AND THROUGH THEIR |
| 11 | UNDERSIGNED COUNSEL, HEREBY STIPULATE AS FOLLOWS: |
| 12 | 1. The deadline for Defendant to answer, move, or otherwise respond to the Complaint shall |
| 13 | be extended until July 25, 2022. |
| 14 | 2. The deadline for Plaintiff to respond shall be August 22, 2022. |
| 15 | 3. The deadline for Defendant's reply shall be September 12, 2022. |
| 16 | 4. This Stipulation does not constitute a waiver by Defendant of any defense, including but |
| 17 | not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, |
| 18 | sufficiency of process or service of process. |
| 19 | IT IS SO STIPULATED. |
| 20 | |
| 21 | Dated: July 5, 2022                    Respectfully submitted, |
| 22 |                                         WEIL, GOTSHAL & MANGES LLP |
| 23 | |
| 24 |                                         By: _/s/ David R. Singh_<br>                                              DAVID R. SINGH |
| 25 |                                         DAVID R. SINGH (Bar No. 300840)<br>                                         david.singh@weil.com |
| 26 |                                         AMY TU QUYEN LE (Bar No. 341925)<br>                                         amy.le@weil.com |
| 27 |                                         WEIL, GOTSHAL & MANGES LLP<br>                                         201 Redwood Shores Parkway, 6th Floor |
| 28 |                                         Redwood Shores, CA 94065-1134<br>                                         Telephone: (650) 802-3000<br>                                         Facsimile: (650) 802-3100 |

|   |   |
|---|---|
|   | Attorneys for Defendant BURGER KING CORPORATION |
| Dated: July 5, 2022 | Respectfully submitted, |
|   | BURSOR & FISHER, P.A. |
|   | By: */s/ L. Timothy Fisher*<br>         L. TIMOTHY FISHER |
|   | L. TIMOTHY FISHER (Bar No. 191626)<br>ltfisher@bursor.com<br>SEAN L. LITTERAL (Bar No. 331985)<br>slitteral@bursor.com<br>BURSOR & FISHER, P.A.<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700 |
|   | JOSHUA D. ARISOHN (*pro hac vice* forthcoming)<br>jarisohn@bursor.com<br>ALEC M. LESLIE (*pro hac vice* forthcoming)<br>aleslie@bursor.com<br>BURSOR & FISHER, P.A.<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163 |
|   | Attorneys for Plaintiff AZMAN HUSSAIN |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, David R. Singh, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that L. Timothy Fisher concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: July 5, 2022             */s/ David R. Singh*
                                         DAVID R. SINGH