DAVID R. SINGH (Bar No. 300840)
david.singh@weil.com
AMY TU QUYEN LE (Bar No. 341925)
amy.le@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant BURGER KING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AZMAN HUSSAIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BURGER KING CORPORATION,<br><br>Defendant. | Case No. 4:22-cv-02258-HSG<br><br>**ORDER GRANTING STIPULATED REQUEST FOR AN ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO L.R. 6.2**<br><br>Dept.: Courtroom Courtroom 2 – 4th Floor<br>Judge: Honorable Haywood S. Gilliam, Jr. |

PURSUANT TO STIPULATION, IT IS ORDERED that:

1. The Case Management Conference currently scheduled for July 26, 2022 at 2:00 PM shall move to September 27, 2022 at 2:00 PM;

2. The Parties' last day to hold a Fed. R. Civ. P. 26(f) conference shall change to September 6, 2022; and

3. The Parties' last day to file Fed. R. Civ. P. 26(f) report, complete initial disclosures, and file a Joint Case Management Statement shall change to September 20, 2022.

**IT IS SO ORDERED.**

Dated: 7/6/2022

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE