1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                              NORTHERN DISTRICT OF CALIFORNIA

10                                    OAKLAND DIVISION

| | |
|---|---|
| 11  AZMAN HUSSAIN, individually and on behalf of all others similarly situated,<br><br>12<br><br>13        Plaintiff,<br>    v.<br>14<br>    BURGER KING CORPORATION,<br>15<br>          Defendant.<br>16 | Case No. 4:22-cv-02258-HSG<br><br>**ORDER GRANTING SECOND STIPULATION FOR AN ORDER SETTING BRIEFING SCHEDULE PURSUANT TO L.R. 6-2**<br><br>Dept.:  Courtroom 2 – 4th Floor<br>Judge:  Honorable Haywood S. Gilliam, Jr. |

17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING SECOND STIP TO SET                                    CASE NO. 4:22-CV-02258-HSG
BRIEFING SCHEDULE

PURSUANT TO STIPULATION, IT IS ORDERED that:

1. The deadline for Plaintiff to respond to Defendant's motions shall be August 22, 2022;

2. The deadline for Defendant's replies shall be September 12, 2022; and

3. This Stipulation does not constitute a waiver by Defendant of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

**IT IS SO ORDERED.**

Dated: 7/27/2022

_____
HON. HAYWOOD S. GILLIAM, JR,
UNITED STATES DISTRICT JUDGE